# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.,<br><br>    Debtor/Appellant.<br><br>Thomas Tarbox, Conservator for S.K., Appellee. | Bankruptcy Case No. 22-01174-als11<br><br>Appeal No. 4:23-cv-00109-SMR-SBJ<br><br>**APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL** |

  Appellant Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C., (the "Debtor" or "Appellant"), debtor and debtor-in-possession in the above referenced chapter 11 case (the "Chapter 11 Case"), hereby files this motion (the "Motion") pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to voluntarily dismiss this appeal. In support of its Motion, the Debtor states:

  1. This Case is before the Court on the Debtor's appeal of an order (the "Bankruptcy Order") [Bankr. Dkt. 300] entered by the United States Bankruptcy Court for the Southern District of Iowa (the "Bankruptcy Court") on March 29, 2023 dismissing the Debtor's Chapter 11 Case.

  2. The Debtor filed its notice of appeal of the Bankruptcy Order on April 3, 2023. [Bankr. Dkt. 309]. There are no cross appeals in this matter.

  3. The Appellant brings this Motion under to Bankruptcy Rule 8023(b), which states that an appeal may be voluntarily dismissed by an appellant "on terms agreed to by the parties *or* fixed by the district court. …" Fed. R. Bankr. P. 8023(b) (emphasis added).

1

4.	For business reasons and in the exercise of its business judgment, the Appellant no longer desires to pursue this appeal, and requests that the Court enter an order under Bankruptcy Rule 9023(b) that dismisses this appeal without prejudice.

5.	No party will be prejudiced by the relief sought in this Motion. The Appellant is seeking to have the appeal dismissed without prejudice, and the dismissal of the appeal will not affect the rights of the appellee.

**WHEREFORE**, the Debtor requests that the Court grant its Motion to Voluntarily Dismiss.

Dated: April 28, 2023

**Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**

/s/ *Kristina M. Stanger*
Kristina M Stanger AT0000255
Roy R. Leaf, AT0014486
**Nyemaster Goode, P.C.**
700 Walnut St, Ste 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-8009
email: kmstanger@nyemaster.com
email: rleaf@nyemaster.com

*and*

Jack R. O'Connor (admitted pro hac vice)
Levenfeld Pearlstein, LLC
120 S Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone: 312-346-8380
Email: joconnor@lplegal.com
*ATTORNEYS FOR OBSTETRIC AND GYNECOLOGICAL ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.*

## CERTIFICATE OF SERVICE

    I, Kristina Stanger, the undersigned attorney hereby certifies that on April 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties involved in the case.

                                                                           */s/ Kristina M. Stanger*